# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**

Margaret Botkins
Clerk of Court

2:22 pm, 8/8/25

UNITED STATES OF AMERICA
Plaintiff

☑ Violation Notice  ☐ Information  ☐ Complaint

vs

Case Number   L:25-PO-456-SAH

MATTHEW V SCRIBNER
Defendant

| Violation Charged | Citation Number |
|---|---|
| 36CFR(a)(1) DUI | E1060994 |
| WSS-31-4-103(a) no proof of Insurance | E1060995 |
| 36CFR4.22(b)(3) Unsafe Ops | E1060096 |
| WSS-31-5-229 Reckless Driving | E1060097 |

Date Violation Notice Issued   8/7/2025        Place   WYNP North East Entrance Road

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  1:29 - 2:04 PM                Interpreter

Date  August 8, 2025                Interpreter Telephone

Before the Honorable  Stephanie A. Hambrick

| Crystal Toner | | FTR Casper CR1 |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | | Mammoth Jail |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared   ☐ By telephone
              ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing    No counsel present
          ☐ FPD     ☐ PANEL-CJA     ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to              at
       reason:

☐ Bail is set at
          ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

WY 59                                                          Rev. 06/03/2025

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-456-SAH

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
    This consent was made    ☐ orally    ☐ in writing

---

☑ Informed of charges and rights        Date  8/8/2025
☑ Defendant arraigned                   Date  8/8/2025
☑ Court accepts plea        Defendant enters ☑ Guilty        ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty            E1060994, E1060995
    ☑ Dismissed         E1060096, E1060097
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence      Date  08/8/2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine          $450.00         Payable  Central Violations Bureau by 8/30/2025
☐ Restitution                   To
☐ Community Service             To
☑ Special Assessment   $10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other   The defendant shall provide proof of insurance to the Court or the government on or before 8/15/2025.  Disposition on the guilty plea to E1060995 will be held in abeyance until this date.
No abstract will be entered.
The Government may need a restitution hearing within 90 days.
No written judgment will be entered.  Payment information will be e-mailed to the defendant.